SNAPRAYS LLC d/b/a SNAPPOWER,

    Plaintiff,

               Case No. 25-mc-0039-bhl

  v.

BOYLE FREDRICKSON SC,

    Defendant.

---

## ORDER

---

On July 28, 2025, SnapRays LLC d/b/a SnapPower filed a motion to compel against the law firm Boyle Fredrickson, a motion that involved litigation in the Northern District of Texas. (ECF No. 2.)  On August 3, 2025, David Sheridan filed a motion to quash a subpoena from SnapPower—this motion, too, concerned the Texas case. (ECF No. 1, Case No. 25-mc-0040.)  On August 11, 2025, the Court held a hearing to address both motions. (ECF Nos. 10 & 11, Case No. 25-mc-0039; ECF Nos. 7 & 8, Case No. 25-mc-0040.)  The Court denied the motion to quash but took arguments for the motion to compel under advisement. (ECF No. 11 at 2, Case No. 25-mc-0039; ECF No. 8 at 2, Case No. 25-mc-0040.)  Because the motion to compel involved the same issue presented in a motion in the Texas case, the Court ordered the parties to update the Court within 48 hours of the Texas court's ruling or to otherwise notify the Court if the dispute was resolved without court intervention. (ECF No. 11 at 2, Case No. 25-mc-0039; ECF No. 7 at 2, Case No. 25-mc-0040.)

Eight months later, the Court heard nothing from the parties, checked the Northern District of Texas's docket, and learned that the related discovery motion was ruled on December 17, 2025. *See SnapRays LLC v. Am. Tack & Hardware Co. Inc.*, 24-cv-1228, ECF No. 169.  Accordingly, the Court ordered the parties to file a joint status report that explained the status of the case. (ECF No. 12, Case No. 25-mc-0039.)  In the status report, the parties indicate that the motion to compel

in this Court is moot and that trial is set in the Northern District of Texas.  (ECF No. 13, Case No. 25-mc-0039.)  Accordingly,

**IT IS HEREBY ORDERED** that SnapPower's motion to compel, ECF No. 2, Case No. 25-mc-0039, is **DENIED as moot**.

Dated at Milwaukee, Wisconsin on April 22, 2026.

s/ *Brett H. Ludwig*
*BRETT H. LUDWIG*
United States District Judge